UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELVIN WILLIAMS, | ) |
| Plaintiff, | ) Case No. 13 C 2108 |
| v. | ) Judge Norgle |
| NEIL'S FOODS, INC., and NIDAL NASRAWI, individually, | ) Magistrate Judge Keys |
| Defendants. | ) |

## JUDGMENT ORDER

This matter coming before the Court for a prove-up of Plaintiff's damages following entry of an Order of Default against Defendant, Notice having been given to Defendant, the Court having reviewed the Declarations of Plaintiff and Counsel, and ~~hearing testimony in open Court,~~

IT IS HEREBY ORDERED that Plaintiff is awarded judgment as follows:

1. Plaintiff Melvin Williams is awarded Judgment against Defendant in the amount of $42,782.00;

2. Plaintiffs' Counsel, Werman Law Office, P.C., is awarded attorneys' fees in the total amount $9,443.00 and costs in the amount of $447.68. (Douglas Werman, 6.49/hrs @ $650.00/hour, Maureen A. Salas, 1.82/hrs @ $500.00/hour, David E. Stevens, 1.50/hrs @ $350.00, Sarah J. Arendt, 3.42/hrs @ $275.00/hour, Adriana Rodriguez, 4.67/hrs @ $140.00 and Jacqueline H. Villanueva, 15.68/hrs @ $140.00/hour.)

ENTERED: 12/19/13

Hon. Judge Charles Norgle
United States District Court